# **Sealed Exhibit**

Concurrent with the Complaint, Plaintiff seeks leave to file Exhibit 1, 2, 4-6 under seal.